UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ANDREW MACK JOHNSON, JR.,

        Petitioner,

v.

BRYAN MORRISON,

        Respondent.

_____/

Case No. 1:21-cv-549

Honorable Paul L. Maloney

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: May 11, 2022

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge