UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ANDREW MACK JOHNSON, JR.,

        Petitioner,                      Case No. 1:21-cv-549

v.                                          Honorable Paul L. Maloney

BRYAN MORRISON,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** for failure to raise a meritorious federal claim.

Dated:     May 11, 2022                    /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         United States District Judge